IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEFF NICHOLS,<br><br>        Plaintiff,<br><br>v.<br><br>MERIDIAN FINANCIAL SERVICES, INC. and TRANSUNION, LLC,,<br><br>        Defendants. | CV-18-7-BU-BMM<br><br>**ORDER** |

Defendant Transunion, LLC has moved for admission of Scott E. Brady, Esq. to practice before this Court in this case with Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C. to act as local counsel. (Doc. 4) Mr. Brady's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendant's motion to allow Mr. Brady to appear on their behalf (Doc. 4) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Auerbach, will be designated as lead counsel or as co-lead counsel with Mr. Brady. Mr. Brady must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Auerbach shall

also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Brady, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Brady.

DATED this 2nd day of May, 2018.

_____
Brian Morris
United States District Court Judge