IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

JEFF A. NICHOLS,

    Plaintiff,

v.

MERIDIAN FINANCIAL SERVICES, INC. And TRANS UNION, LLC,

    Defendants.

CV-18-07-BU-BMM

**ORDER**

Plaintiff Jeff A. Nichols, by counsel, and Defendant Meridian Financial, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted. IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jeff A. Nichols against Defendant Meridian Financial are dismissed, with prejudice. Plaintiff Jeff A. Nichols and Defendant Meridian Financial shall each bear their own costs and attorneys' fees.

DATED this 10th day of September, 2018.

_____
Brian Morris
United States District Court Judge